Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
*Stephanie@TheTatarLawFirm.com*

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD BROWN**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**ON-SITE, LLC**<br><br>    **Defendant.** | **Civil Action No. CV12-08479 RGK (PLAx)**<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** Plaintiff Donald Brown and Defendant On-Site, LLC (collectively "Parties") by and through their counsel of record have reached a settlement to resolve his claims.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against On-Site, LLC.

Respectfully submitted,

| | |
|---|---|
| **TATAR LAW FIRM, APC** | **JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP** |
| */s/ Stephanie R. Tatar* | */s/ Michael J. Saltz* |
| Stephanie R. Tatar | Michael J. Saltz, Esq. |
| Stephanie@TheTatarLawFirm.com | msaltz@jrsnd.com |
| 3500 West Olive Avenue | 10866 Wilshire Boulevard |
| Suite 300 | Suite 1550 |
| Burbank, California 91505 | Los Angeles, California 90024 |
| Telephone: (323) 744-1146 | Tel: 310.446.9900 Ext. 201 |
| Facsimile: (888) 778-5695 | Fax: 310.446-9909 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Donald Brown | On-Site, LLC |
| | |
| Dated: August 13, 2013 | Dated: August 13, 2013 |