Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

Priority      ___
Send          ___
Enter         ___
Closed        ___
JS-5/JS-6     ✓
JS-2/JS-3     ___
Scan Only     ___

Attorney for Plaintiff Donald Brown

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.<br><br>Defendant. | Case No.: 2:12-cv-08479-RGK (PLAX) |

### PROPOSED ORDER

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendant On-Site Manager, Inc. is dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

_____
R. GARY KLAUSNER,   U.S.D.J.

Dated: October 25, 2013